IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO.: 3:20-cr-00393-KDB-DCK-1

FILED
CHARLOTTE, NC

APR 0 4 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CONSENT ORDER AND |
| v. ) | JUDGMENT OF FORFEITURE |
| ) | PENDING RULE 32.2(c)(2) |
| (1) VIVEK RAMESH MAHTANI ) | |

BASED UPON the Defendant's plea of guilty and finding that there is a nexus between the property listed below and the offense(s) to which the Defendant has pled guilty and that the Defendant (or any combination of Defendants in this case) has or had a possessory interest or other legal interest in the property, IT IS HEREBY ORDERED THAT:

1. The following property is forfeited to the United States pursuant to 18 U.S.C. 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), provided, however, that forfeiture of specific assets is subject to any and all third-party petitions under 21 U.S.C. § 853(n), pending final adjudication herein:

>    **217 new iPhones seized pursuant to execution of a Search and Seizure Warrant at Defendant's residence in or about February 2020;**

>    **21 new iPads seized pursuant to execution of a Search and Seizure Warrant at Defendant's residence in or about February 2020;**

>    **19 new Apple 5 watches seized pursuant to execution of a Search and Seizure Warrant at Defendant's residence in or about February 2020;**

>    **Three Samsung Mobile Phones seized pursuant to execution of a Search and Seizure Warrant at Defendant's residence in or about February 2020;**

>    **Two new Apple MacBook laptop computers seized pursuant to execution of a Search and Seizure Warrant at Defendant's residence in or about February 2020;**

>    **One new Google Pixel mobile phone seized pursuant to execution of a Search and Seizure Warrant at Defendant's residence in or about February 2020;**

>    **Approximately $71,096 in United States Currency seized pursuant to execution of a Search and Seizure Warrant at Defendant's residence in or about February 2020; and**

>    **Approximately 1,000 stored value cards (gift cards and preparing debit cards) seized pursuant to execution of a Search and Seizure Warrant at Defendant's residence in or about February 2020.**

2. If and to the extent required by Fed. R. Crim. P. 32.2(b)(6), 21 U.S.C. § 853(n), and/or other applicable law, the United States shall publish notice and provide direct written notice of forfeiture.

3. Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of the property, including depositions, interrogatories, and requests for production of documents, and to issue subpoenas pursuant to Fed. R. Civ. P. 45.

4. A forfeiture money judgment shall be included in the defendant's sentence, and the United States may take steps to collect the judgment from any property of the defendant, provided, the value of any forfeited specific assets shall be credited toward satisfaction of this money judgment upon liquidation.

The parties stipulate and agree that the aforementioned asset(s) constitute property derived from or traceable to proceeds of defendant's crime(s) herein and are therefore subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 28 U.S.C. § 2461(c). The defendant hereby waives the requirements of Fed. R. Crim. P. 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment against defendant. If the defendant has previously submitted a claim in response to an administrative forfeiture proceeding regarding any of this property, defendant hereby withdraws that claim. If defendant has not previously submitted such a claim, defendant hereby waives all right to do so.

DENA J. KING
UNITED STATES ATTORNEY

_____
WILLIAM T. BOZIN
Assistant United States Attorney

_____
VIVEK RAMESH MAHTANI
Defendant

_____
BRIAN S. CROMWELL, ESQ.
Attorney for Defendant

Signed this the 4th day of April, 2023.

_____
THE HONORABLE KENNETH D. BELL
UNITED STATES DISTRICT JUDGE